# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST STEEL OF CALIFORNIA, INC., a Nevada corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>MR. CRANE, INC., a California corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 8:22-cv-00986 SPG (JDEx)<br><br>**ORDER FOR CONDITONAL ENTRY OF JUDGMENT [ECF NO. 50]** |

On January 29, 2024, the Parties filed the Stipulation to Enforce Judgment against Mr. Crane, Inc. (the "Stipulation"). (ECF No. 50). The Court, having reviewed the Stipulation and finding good cause therefor, hereby ORDERS as follows:

1. The Court incorporates the terms of the Stipulation in this Order. *See* (ECF No. 50 at 2–3);[1]

---

[1] The Court maintains ancillary jurisdiction over the enforcement of its Orders, notwithstanding an order of dismissal. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) ( when "the parties' obligation to comply with the terms of the settlement agreement had been made part of the order of dismissal . . . [*i.e.* by] incorporating the terms of the settlement agreement in the order . . . a breach of the

2. The Court retains jurisdiction over the Action for one (1) year from the date of this Order;

3. The Court otherwise GRANTS the stipulation in its entirety.

**IT IS SO ORDERED.**

Dated: February 26, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

---

agreement would be a violation of the order, and ancillary jurisdiction to enforce the agreement would therefore exist.").