JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SOUTHWEST STEEL OF CALIFORNIA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MR. CRANE. INC.. a California corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO: 8:22-cv-00986 SPG (JDEx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

The Court, having granted the stipulated conditional entry of Judgment (ECF No. 58) in which the Court incorporated the terms of the stipulation and retained jurisdiction for one (1) year, with ancillary jurisdiction thereafter, and having reviewed the Stipulation for Dismissal with Prejudice submitted by Plaintiff and Defendant on February 22, 2024 (the "Stipulation"), (ECF No. 55), and finding good cause therefor, hereby rules as follows:

1.  This action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: February 28, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE